NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GEORGE CYLE WILLIAMSON, JR.,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D18-4316
    )
STATE OF FLORIDA,    )
    )
    Appellee.    )
_____)

Opinion filed September 11, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Edward Nicholas,
Judge.

George Cyle Williamson, Jr., pro se.


PER CURIAM.


        Affirmed.


NORTHCUTT, BLACK, and BADALAMENTI, JJ., Concur.